No. 84–5951. NEAL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 84–5955. GOETZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 84–6067. JAMES v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 84–6144. DAY v. AMOCO CHEMICALS CORP. C. A. 5th Cir. Certiorari denied.

No. 84–6147. MCNEAIR v. SUBURBAN HOSPITAL ASSN., INC. C. A. 4th Cir. Certiorari denied.

No. 84–6155. HILL v. STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 84–6157. MOORE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 84–6172. COKER v. WILLIAMS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 84–6173. DINGLE v. SIMPKINS, ADMINISTRATOR OF THE ESTATE OF DINGLE. Sup. Ct. S. C. Certiorari denied.

No. 84–6175. SIBIGA ET UX. v. HETTLEMAN ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 84–6180. CURRIE v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 84–6188. FLORES v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–6193. KLAYER v. AVERY FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–6201. BRODIS v. DETROIT BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 84–6206. STUCKEY v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO (CALIFORNIA, REAL PARTY IN INTEREST). Ct. App. Cal., 5th App. Dist. Certiorari denied.